*ney General Campbell, Robert S. Erdahl* and *L. Paul Winings* for respondents. *Marcus Cohn* filed a brief for the American Jewish Committee, as *amicus curiae,* supporting the petition.

No. 292. DURYEE, TRUSTEE, *v.* ERIE RAILROAD Co. C. A. 6th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Richard Swan Buell* for petitioner. *John A. Hadden* and *John S. Beard, Jr.* for respondent.

No. 290. PAYNE *v.* UNITED STATES; and
No. 318. BRIGGS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *John W. Porter, Jr.* for petitioner in No. 290. *R. M. Mountcastle* and *Kelly Brown* for petitioner in No. 318. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 298. GEISLER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MINTON took no part in the consideration or decision of this application. *A. F. W. Siebel* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Felicia H. Dubrovsky* for the United States.

No. 299. BOWLES, FOR AND IN BEHALF OF THE UNITED STATES, ET AL. *v.* WILKE ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MINTON took no part in the consideration or decision of this application. *Solicitor General Perlman* for petitioners. *Cushman B. Bissell* for respondents.